21 So.2d 557
### Louis Edgar LAYNE v. STATE.
### 6 Div. 330.

Supreme Court of Alabama.
March 29, 1945.

Wm. Conway, of Birmingham, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Chas. M. Cooper, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Louis Edgar Layne for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Layne v. State, 21 So.2d 553.

Writ denied.

GARDNER, C. J., and BROWN and LIVINGSTON, JJ., concur.